United States District Court
Southern District of Texas
**ENTERED**
March 21, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SACHIN AMIN, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-02845 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| NES GLOBAL LLC, | § | |
| Defendant. | § | |

**MINUTE ENTRY AND ORDER**

Minute entry for FINAL APPROVAL HEARING before Judge Charles Eskridge by video conference on March 8, 2023. All parties represented by counsel.

The Court addressed the unopposed motion for approval of class settlement. Dkt 9.

It was noted that the order granting final approval was entered prematurely. See Dkt 10.

The parties stated that no class member objected to the proposed settlement at hearing. The order granting final approval was otherwise reviewed for sufficiency.

The order granting final approval stands. Dkt 10.

SO ORDERED.

Signed on March 8, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge